THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
       Federal Building Suite 7516
       300 North Los Angeles Street
       Los Angeles, California
       Tel. 213 894-6117
       FAX: 213 894-7819
       Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant,
       Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JANET WILLIAMS, | ) CV 07-5481 RZ |
| Plaintiff, | ) |
| v. | ) **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: February 19, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-